# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00574-CV

**Sharon Lee Hanson, Appellant**

**v.**

**Guy Robb Cowen, Appellee**

## FROM THE DISTRICT COURT OF BURNET COUNTY, 33RD JUDICIAL DISTRICT
## NO. 41,742, HONORABLE DANIEL H. MILLS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On September 9, 2014, appellant Sharon Lee Hanson filed a notice of appeal. Hanson appeals from an order granting appellee Guy Robb Cowen's bill of review, which was signed by the trial court on April 29, 2014. This order is not one of those from which an interlocutory appeal is generally permitted, *see* Tex. Civ. Prac. & Rem. Code § 51.014(a), nor is it listed among the appealable arbitration-related orders, *see id.* § 171.098(a).

Upon review of the trial-court clerk's record, the Clerk of this Court sent Hanson a letter informing her that the Court appears to lack jurisdiction over the appeal for the reasons stated above and requesting a response informing us of any basis that exists for jurisdiction. Hanson responded by letter and agreed that the appeal should be dismissed for want of jurisdiction. Accordingly, we dismiss the appeal for want of jurisdiction. *See id.* R. 42.3(a).

_____

                    Cindy Olson Bourland, Justice

Before Justices Puryear, Pemberton, and Bourland

Dismissed for Want of Jurisdiction

Filed:   July 23, 2015

2